**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Virginia
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   Blue Sky Events, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names  
   A La Carte

3. **Debtor's federal Employer Identification Number (EIN)**  
   45 − 3170898

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 7144  Farm Station Rd | |
   | Number    Street | Number    Street |
   | | 86115 |
   | | P.O. Box |
   | Vint Hill    VA    20187 | Vint Hill    VA    20187 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | Location of principal assets, if different from principal place of business |
   | Fauquier | |
   | County | Number    Street |
   | | |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**    alacartecaters.com

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor __Blue Sky Events, LLC_____   Case number (if known)_____
      Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7 2 2 5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                                                            MM / DD / YYYY
        District _____  When _____  Case number _____
                                                                           MM / DD / YYYY

Debtor   Blue Sky Events, LLC _____   Case number (if known)_____
         Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ■ No
    ☐ Yes.  Debtor _____   Relationship _____
            District _____   When _____
                                                            MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number      Street
                                _____
                                _____    _____    _____
                                City                                State     ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name     _____
           Phone            _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49              ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99             ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199           ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

Debtor  Blue Sky Events, LLC
        Name                                                    Case number (if known)

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>■ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>■ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03   03/2020
             MM  / DD / YYYY

X  /s/ Karen Baker                                    Karen Baker
   Signature of authorized representative of debtor   Printed name

Title  Manager

**18. Signature of attorney**

X  /s/ J. Forest                                     Date  03   03/2020
   Signature of attorney for debtor                        MM   / DD / YYYY

John P. Forest, II
Printed name

Firm name
11350       Random Hills Rd., Suite 700
Number      Street

Fairfax                                              VA          22030
City                                                 State       ZIP Code

703-691-4940                                         john@forestlawfirm.com
Contact phone                                        Email address

33089                                                VA
Bar number                                           State

## CONSENT AND RESOLUTION OF MEMBER OF
## BLUE SKY EVENTS, LLC

The undersigned member of Blue Sky Events, LLC, a Virginia limited liability company (the "Company"), who holds all the membership interests in the Company, being present and waiving notice of any meeting of the members, passes the following resolution by consent as of this __3__ day of March, 2020:

RESOLVED, that:

(a) the Company may file a petition for relief pursuant to Chapter 11 of the U.S. Code with the U.S. Bankruptcy Court for the Eastern District of Virginia;

(b) Karen Baker, as manager of the Company is authorized to execute such documents as may be necessary to accomplish the filing; and

(c) the Company may engage the services of John P. Forest, II as its counsel.

To the extent necessary or appropriate to give greater effect to this Consent and Resolution, the undersigned Members of the Company acknowledge that this Consent and Resolution shall be treated as a special amendment to the Operating Agreement of the Company, with the substantive provisions of this Consent and Resolution being treated as substantive terms of the Operating Agreement.

Witness the following signature and seal:

Member:                                         Ownership Interest:

_____/s/ Karen Baker_____                       100%
Karen Baker

# CORPORATE STATEMENT
## BLUE SKY EVENTS, LLC

    Pursuant to Fed. R. Bankr. P 1007, the undersigned does not have any information to disclose.

Blue Sky Events, LLC

By: _____
    Karen Baker

Dated: March 3, 2020

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE BLUE SKY EVENTS, LLC ) | |
| ) | Docket Number 20- |
| Debtor ) | Chapter 11 |

**STATEMENT FOR
BALANCE SHEET, STATEMENT OF OPERATIONS,
CASH-FLOW STATEMENT, AND FEDERAL TAX RETURN**

Pursuant to 11 U.S.C. § 1116, the Debtor states that there is no Balance Sheet, Statement of Operations, Cash-Flow Statement or Income Tax Return.

Blue Sky Events, LLC

By: _____
Karen Baker, Manager

Dated: March 3, 2020

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE BLUE SKY EVENTS, LLC ) ) ) Debtor ) ) | Docket Number 20- Chapter 11 |

## **LIST OF 20 LARGEST UNSECURED CREDITORS**

The Creditors listed below are the 20 largest unsecured creditors of this Debtor:

1. Coastal Sunbelt Produce
   9001 Whiskey Bottom Rd.
   Laurel, MD 20723

2. COS Events Management LLC
   Box 239
   Rockville, MD 20848

3. Capital Restaurant Resources
   707 8th St. SE, Suite 200
   Washington DC 20003

4. Firm 70 LLC
   833 Spy Glass Dr.
   Chaska, MN 55318

5. Fundbox
   300 Montgomery St.
   San Francisco, CA 94104

6. International Gourmet Foods
   7520 Fullerton Rd.
   Springfield, VA 22153

7. IRS
   Dept of Treasury
   Cincinnati, OH 45999-0038

8. Leonard Paper Company
725 N. Haven St.
Baltimore, MD 21205-2986

9. Listening Post
7136 Farm Station Rd.
Vint Hill, VA 20187

10. Magnolia Plumbing
600 Gallatin St NE
Washington, DC 20017

11. Performance Food Group
1333 Avondale Rd.
New Windsor, MD 21776

12. The Hartford
Box 660916
Dallas, TX 75266-0916

13. US Food Services
11994 Livingston Rd.
Manassas, VA 20109

14. USA Produce and Seafood
1152 Martinsburg Pike
Winchester, VA 22603

15. VA Dept of Tax
Box 1777
Richmond, VA 23218-1777

16. Washington Lamb
7963 Conell Ct.
Lorton VA 22079

17. Metropolitan Restaurant Brokers, LLC
13701 Stonedale Ct.
Clifton, VA 20124

18. Building 2400, LLC
7138 Farm Station Rd.
Vint Hill, VA 20187

    Under penalty of perjury, the undersigned certifies that the above is true and correct.

        Blue Sky Events, LLC

By: _____
        Karen Baker, Manager

        Dated: March 3, 2020