**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Blue Sky Events, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known) | **20-10683-KHK** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address

**Adela Mahmutovic and Cezar Bagonton**

**211 Lake Club Ct.**

**Unit 205**

**Charlottesville        VA      22092**

Date or dates debt was incurred

_____

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$20,117.89**    Priority amount: **$3,025.00**

**2.2** Priority creditor's name and mailing address

**Alina Czaplicki and Bryan King**

**1021 S. Barton St.**

**Unit 120**

**Arlington        VA      22204**

Date or dates debt was incurred

_____

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$3,555.50**    Priority amount: **$3,025.00**

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.3**   Priority creditor's name and mailing address

**Amanda Olsen and Konnor Fulk**

**2409 Arlington Blvd.**

**Apt. 101**

**Arlington**     **VA**    **22201**

Date or dates debt was incurred

Last 4 digits of account
number   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,911.30**     **$3,025.00**

---

**2.4**   Priority creditor's name and mailing address

**Chris Fagoli**

**1315 N. Ode St.**

**Apt 714**

**Arlington**     **VA**    **22209**

Date or dates debt was incurred

Last 4 digits of account
number   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$933.32**     **$933.32**

---

**2.5**   Priority creditor's name and mailing address

**Courtney Nurre**

**5016 Stine Haven Dr.**

**Annandale**     **VA**    **22003**

Date or dates debt was incurred

Last 4 digits of account
number   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,268.04**     **$1,268.04**

---

Debtor   **Blue Sky Events, LLC**                                    Case number (if known)   **20-10683-KHK**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.6**   Priority creditor's name and mailing address

**Internal Revenue Service**

**Box 7346**

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim **$66,810.00**   Priority amount **$63,026.00**

**Philadelpia**          **PA**     **19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

Basis for the claim:
**941 Taxes**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.7**   Priority creditor's name and mailing address

**Janay Rickwalder**

**12277 Sherborne St.**

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim **$2,410.30**   Priority amount **$2,410.30**

**Bristow**          **VA**     **20136**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __7__ )

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.8**   Priority creditor's name and mailing address

**Kate Murphy**

**2009 N. 14th St.**

**Unit 616**

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim **$16,877.85**   Priority amount **$3,025.00**

**Arlington**          **VA**     **22201**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __7__ )

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **Blue Sky Events, LLC**                                    Case number (if known)    **20-10683-KHK**

---

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.9**  Priority creditor's name and mailing address

**Kim Ellsworth-Evans**

**7073 Glanaman Way**

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**$3,179.46**    **$3,179.46**

**Warrenton                VA        20186**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.10**  Priority creditor's name and mailing address

**Kim Mineo**

**10 Pine Creek La.**

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**$5,565.89**    **$3,025.00**

**Houston                TX        77055**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.11**  Priority creditor's name and mailing address

**Laura Poole**

**258 Spotted Tavern Rd.**

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**$600.00**    **$600.00**

**Fredericksbrg                VA        22406**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **Blue Sky Events, LLC**                                          Case number (if known)    **20-10683-KHK**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Total claim**      **Priority amount**

**2.12**  **Priority creditor's name and mailing address**         As of the petition filing date, the                    **$1,119.00**         **$1,119.00**
Lorna Bradley                                                claim is: *Check all that apply.*
**191 Alpin Drive, SE**                                      ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☑ Disputed

                                                            **Basis for the claim:**
Leesburg                    VA      20175                    **Deposit for Services**
**Date or dates debt was incurred**
                                                            **Is the claim subject to offset?**
                                                            ☑ No
**Last 4 digits of account**                                ☐ Yes
**number** __ __ __ __
**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a)( __7__ )

**2.13**  **Priority creditor's name and mailing address**         As of the petition filing date, the                    **$5,948.99**         **$3,025.00**
Marlene Free                                                claim is: *Check all that apply.*
**9412 Abingdon Ct.**                                       ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☑ Disputed

                                                            **Basis for the claim:**
Manassas                    VA      20109                    **Deposit for Services**
**Date or dates debt was incurred**
                                                            **Is the claim subject to offset?**
                                                            ☑ No
**Last 4 digits of account**                                ☐ Yes
**number** __ __ __ __
**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a)( __7__ )

**2.14**  **Priority creditor's name and mailing address**         As of the petition filing date, the                    **$215.87**         **$215.87**
Maureen Horan                                               claim is: *Check all that apply.*
**9816 Picken Pl.**                                         ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☑ Disputed

                                                            **Basis for the claim:**
Manassas Park               VA      20111                    **Deposit for Services**
**Date or dates debt was incurred**
                                                            **Is the claim subject to offset?**
                                                            ☑ No
**Last 4 digits of account**                                ☐ Yes
**number** __ __ __ __
**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a)( __7__ )

Debtor    **Blue Sky Events, LLC**                                    Case number (if known)    **20-10683-KHK**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|--|-------------|-----------------|

**2.15**  Priority creditor's name and mailing address | **$9,756.79** | **$3,025.00**

**Megan Posey and Jordan Wiley**

**1662 Skyfield La., NW**

**Unit Q-101**

**Issaquail**                **WA**    **98027**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.16**  Priority creditor's name and mailing address | **$1,878.22** | **$1,878.22**

**Melanie Corcoran**

**1000 Cordova Pl.**

**Unit 331**

**Santa Fe**                **NM**    **87505**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.17**  Priority creditor's name and mailing address | **$8,091.27** | **$3,025.00**

**Morgan McMahill**

**8972 Appaloosa Ct.**

**Rancho Cucamonga**        **CA**    **91737**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |
| --- | --- | --- | --- |

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.18**   Priority creditor's name and mailing address

**Natalie Dill**

**675 Hunter St.**

_____

**Burnsville                    NC     28714**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __7__ )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$843.05**   Priority amount: **$843.05**

---

**2.19**   Priority creditor's name and mailing address

**Pat Collet**

**8966 Bella Verde Ct.**

_____

**Myrtle Beach              SC     29579**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __7__ )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,098.75**   Priority amount: **$2,098.75**

---

**2.20**   Priority creditor's name and mailing address

**Patrik Dyberg**

**23334 Wildwood La.**

_____

**Middleburg                VA     20188**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __7__ )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,453.50**   Priority amount: **$2,453.50**

Debtor   **Blue Sky Events, LLC**                                    Case number (if known)   **20-10683-KHK**

---

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.21**  Priority creditor's name and mailing address

**Stacy Deluke Prince**

**23318 Foxcroft Rd.**

**Total claim** $2,214.55     **Priority amount** $2,214.55

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Middleburg           VA      20188**

Date or dates debt was incurred

Basis for the claim:
**Deposit for Services**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

**2.22**  Priority creditor's name and mailing address

**Stephanie Paul  and Dustin Knight**

**11300 Fair Wind Way**

**Total claim** $11,756.82     **Priority amount** $3,025.00

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Reston           VA      20190**

Date or dates debt was incurred

Basis for the claim:
**Deposit for Services**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

**2.23**  Priority creditor's name and mailing address

**Tori Selfe and Justin Montgomery**

**223 Brittany Farms Rd.**

**Unit D**

**Total claim** $6,318.74     **Priority amount** $3,025.00

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**New Britain           CT      06053**

Date or dates debt was incurred

Basis for the claim:
**Deposit for Services**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

Debtor    **Blue Sky Events, LLC**                                    Case number (if known)  **20-10683-KHK**

| Part 1: | Additional Page |

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

| **2.24** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$547,918.00** | **$238,410.00** |

**Virginia Department of Taxation**

**Box 1880**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Richmond**                    **VA**      **23218**

**Sales Taxes**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(    **8**    )

Debtor   **Blue Sky Events, LLC**                          Case number (if known)   **20-10683-KHK**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$141,825.68** |
|---|---|---|---|

2400 Building LLC                                    ☐ Contingent

c/o Odin Feldman Pittleman                           ☐ Unliquidated

1775 Wiehle Ave., Suite 400                          ☐ Disputed

                                                     **Basis for the claim:**

Reston                      VA      20190            Rent

Date or dates debt was incurred    03/2018           **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |
|---|---|---|---|

2400 Building LLC                                    ☑ Contingent

c/o Odin Feldman Pittleman                           ☑ Unliquidated

1775 Wiehle Ave., Suite 400                          ☐ Disputed

                                                     **Basis for the claim:**

Reston                      VA      20190            Build-out Loan

Date or dates debt was incurred                      **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$657.02** |
|---|---|---|---|

ACRS-ASOA                                            ☐ Contingent

Attn:  Pura Valdez                                   ☐ Unliquidated

4000 Legato Rd., Unit 700                            ☑ Disputed

                                                     **Basis for the claim:**

Fairfax                     VA      22033            Deposit for Services

Date or dates debt was incurred                      **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$390.00** |
|---|---|---|---|

Almost Heaven/Culligan Water                         ☐ Contingent

14601 Colonel Ct.                                    ☐ Unliquidated

                                                     ☐ Disputed

                                                     **Basis for the claim:**

Manassas                    VA      20110            Services Rendered

Date or dates debt was incurred                      **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
                                                      ☐ Yes

Debtor    **Blue Sky Events, LLC**                                    Case number (if known)    **20-10683-KHK**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Black Horse Inn**

**8393 Meetz Rd.**

**Warrenton**                 **VA**      **20187**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Deposit for Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$83.71**

---

| 3.6 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Blaze Broadband**

**6670 Whiskey Bottom Rd.**

**Laurel**                 **MD**      **20733**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services Rendered**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,119.00**

---

| 3.7 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Boy Scouts of America - NCAC**

**Attn:  Jenna Welle**

**9190 Rockville Pike**

**Bethesda**                 **MD**      **20184**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Deposit for Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,277.54**

---

| 3.8 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Capital One**

**Exception Department**

**2012 Corporate la., Suite 108**

**Naperville**                 **IL**      **60563**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Credit**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$18,057.00**

---

Debtor   **Blue Sky Events, LLC**                                       Case number (if known)   **20-10683-KHK**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                     Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

**Capital Restaurant Resources, LLC**

**707 8th St., SE**

**Suite 200**

**Washington**               **DC**   **20003**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$4,200.00

---

**3.10**   Nonpriority creditor's name and mailing address

**Coastal Sunbelt Produce**

**9001 Whiskey Bottom Dr.**

**Laurel**               **MD**   **20733**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$21,231.00

---

**3.11**   Nonpriority creditor's name and mailing address

**COS Events Management LLC**

**Box 239**

**Rockville**               **MD**   **20848**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$24,875.00

---

**3.12**   Nonpriority creditor's name and mailing address

**Demolition Services, Inc.**

**Attn:  Melissa Feather**

**16377 Bennet Rd.**

**Culpepper**               **VA**   **22701**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,884.17

---

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**Don & Co.**

**2562 Paysphere Cir.**

| Chicago | IL | 60674 |

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Equipment**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$3,980.00**

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**Fauquier County Public Library**

**Attn:  Terri Garoznik**

**11 Winchester St.**

| Warrenton | VA | 20186 |

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Deposit for Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,447.50**

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

**Firm 70, LLC**

**2833 Spy Glass Dr.**

| Chaska | MN | 55318 |

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Consulting Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$6,060.00**

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

**Fund So Fast Recovery**

**122 E. 42nd St.**

**Suite 2112**

**New York, N 10168**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$10,330.00**

---

Debtor    **Blue Sky Events, LLC**                                        Case number (if known)    **20-10683-KHK**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  **Amount of claim**

| 3.17 | **Nonpriority creditor's name and mailing address** |
|------|-----|

**Fundbox**

**300 Montgomery St.**

San Francisco                CA        94104

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$45,383.00**

---

| 3.18 | **Nonpriority creditor's name and mailing address** |
|------|-----|

**George Mason University**

**4400 University Dr.**

**MS 4C1**

Fairfax                        VA        22030

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services Rendered**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,300.00**

---

| 3.19 | **Nonpriority creditor's name and mailing address** |
|------|-----|

**International Gourmet Foods**

**7529 Fullerton Rd.**

Springfield                    VA        22153

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,989.00**

---

| 3.20 | **Nonpriority creditor's name and mailing address** |
|------|-----|

**John Velesz**

**9131 Panther Falls Way**

Bristow                        VA        20136

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$53,843.00**

---

Debtor   **Blue Sky Events, LLC**                              Case number (if known)   **20-10683-KHK**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**Leonard Paper Company**

**725 N. Haven St.**

**Baltimore**            **MD**     **21205**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$24,590.00

---

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**Magnolia Plumbing**

**600 Gallatin St., NE**

**Washington**            **DC**     **20017**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$1,070.00

---

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**Metropolitan Restaurant Brokers LLC**

**13701 Stonedale Ct.**

**Clifton**            **VA**     **20124**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Brokerage Services**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**NV Commercial, Inc.**

**Attn:  Nicole PAssmore**

**8230 Leesburg Pike, Suite 620**

**Vienna**            **VA**     **22182**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,112.93

---

| Debtor | **Blue Sky Events, LLC** | Case number (if known)   **20-10683-KHK** |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

**PAYCHEX**

**4015 Meeting Way**

**Suite 110**

**High Point**          **NC    27226**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.26** Nonpriority creditor's name and mailing address

**Performance Food Group**

**1333 Avondale Rd.**

**New Windsor**          **MD    21776**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,500.00**

---

**3.27** Nonpriority creditor's name and mailing address

**Smart Beginnings of Greater Prince Willi**

**Attn:  Dawn Davis**

**Box 389**

**Manassas**          **VA    20108**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,161.00**

---

**3.28** Nonpriority creditor's name and mailing address

**The Hartford**

**Box 660916**

**Dallas, TZX 75266**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Insurance Premiums/Charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,500.00**

---

Debtor    **Blue Sky Events, LLC**                          Case number (if known)  **20-10683-KHK**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.29**    Nonpriority creditor's name and mailing address

**TOAST Capital**

**401 Park St.**

**Suite 801**

**Boston**                    **MA**    **02215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

$14,905.00

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30**    Nonpriority creditor's name and mailing address

**US Food Service**

**1994 Livinsgston Rd.**

**Manassas**                    **VA**    **20109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

$9,134.00

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31**    Nonpriority creditor's name and mailing address

**USA Produce & Seafood**

**1152 Martinsburg Pike**

**Winchester**                    **VA**    **22603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

$3,033.00

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.32**    Nonpriority creditor's name and mailing address

**Virginia Systems & Technology**

**Attn:  Jamie Rich**

**6801 Kennedy Rd., Suite 301**

**Vint Hill**                    **VA**    **20187**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

$6,545.41

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 17

| Debtor | **Blue Sky Events, LLC** | Case number (if known)    **20-10683-KHK** |
| --- | --- | --- |

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Vulcan Materials**

**Attn:  Beth Moore**

**5485 Afton La.**

**Warrenton**          VA      **20186**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,556.27

---

| 3.34 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Washington Lamb**

**7963 Conell Ct.**

**Lorton**          VA      **22079**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,639.00

---

| 3.35 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Wetland Studies & Solutions, Inc.**

**Attn:  Susanna Headly**

**5300 Wellington Branch Dr., #100**

**Gainesville**          VA      **20155**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$427.42

---

Debtor    **Blue Sky Events, LLC**                                    Case number (if known)    **20-10683-KHK**

---

<span style="background:black;color:white">**Part 4:**</span>    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $742,843.10 |
| 5b. | **Total claims from Part 2** | 5b. + $433,106.65 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $1,175,949.75 |