**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Blue Sky Events, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known) | **20-10683-KHK** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Capital One Bank** | **Checking account** | **1  2  2  1** | **$62.00** |

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$62.00**

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **Blue Sky Events, LLC**                                Case number (if known)    **20-10683-KHK**
          Name

**Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

7.1.  **Depsit with Landlord [2400 Building, LLC]**                                          $13,012.82

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

8.1.  **Pre-paid insurance premiums for auto insurance and business liability**              $1,709.46

9.  **Total of Part 2.**                                                                     $14,722.28
    Add lines 7 through 8. Copy the total to line 81.

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.
     ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11.  **Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ............ ➔  _____
                           face amount        doubtful or uncollectible accounts

11b. Over 90 days old:     _____ – _____ = ............ ➔  _____
                           face amount        doubtful or uncollectible accounts

12.  **Total of Part 3**                                                                     $0.00
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:  Investments

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                              % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

17.  **Total of Part 4**                                                                     $0.00
     Add lines 14 through 16. Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

     ☐ No. Go to Part 6.
     ☑ Yes. Fill in the information below.

| Debtor | Blue Sky Events, LLC | | Case number (if known) | 20-10683-KHK |
|--------|---------------------|--|------------------------|--------------|
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-----------------------------------------------|-------------------------------------------------------|------------------------------------------|--------------------------------------|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** | | | | |
| Catered Event Goods | | | Valued through Craig's Li | $750.00 |

**23.** **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$750.00

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.** **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--|-------------------------------------------------------|------------------------------------------|--------------------------------------|
| **28.** **Crops--either planted or harvested** | | | | |
| **29.** **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30.** **Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | | |

**33.** **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.** **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **Blue Sky Events, LLC**                                    Case number (if known)  **20-10683-KHK**
Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **Miscellaneous office furniture** | | **Valued through Craig's I** | **$500.00** |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Miscellaneous equipment** | | **Valued through Craig's I** | **$500.00** |

**42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$1,000.00** |
|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Fort Transit Van** | | **On-line value** | **$14,000.00** |
| 47.2.  **2017 Ford E-Series** | | **On-line** | **$27,000.00** |
| 47.3.  **2013 Jeep Cherokee** | | **Online** | **$8,000.00** |
| 47.4.  **1990 GMC Van** | | **Scrap Value** | **$150.00** |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **2008 Roadmaster Triple Axle** | | **Listed Vale** | **$8,000.00** |
| **49.  Aircraft and accessories** | | | |

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |
|---|---|---|---|
| | Name | | |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Miscellaneous Equipment | | Debtor's Value | $20,000.00 |
|---|---|---|---|

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $77,150.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | $0.00 |
|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| Customer list | Unknown | | $0.00 |

| Debtor | Blue Sky Events, LLC | Case number (if known) | 20-10683-KHK |
|---|---|---|---|
| | Name | | |

**64.** Other intangibles, or intellectual property

**65.** Goodwill

| Goodwill | Unknown | | $0.00 |
|---|---|---|---|

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:** **All other assets**

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**71.** **Notes receivable**

Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Operating Lease | Unknown |
|---|---|
| Equipment lease | Unknown |
| Equipment Lease | Unknown |

**78.** **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

| | $0.00 |
|---|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Blue Sky Events, LLC**                                    Case number (if known)    **20-10683-KHK**
          Name

---

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$62.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$14,722.28** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$750.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$77,150.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.    91a. | **$93,684.28** + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ..................................................................    **$93,684.28**

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Blue Sky Events, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known) | **20-10683-KHK** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name<br>**CarMax**<br><br>Creditor's mailing address<br>**Box 3174**<br><br><br>**Milwaukee          WI     53201**<br>Creditor's email address, if known<br><br>Date debt was incurred     **7/2018**<br>Last 4 digits of account number     **3   4   5   6**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien<br>**2013 Jeep Cherokee**<br><br>Describe the lien<br>**Agreement**<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br><br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,659.37 | $8,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                      $58,622.08

Debtor   **Blue Sky Events, LLC**                    Case number (if known) **20-10683-KHK**

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**

| Creditor's name<br>**Ford Motor Credit** | Describe debtor's property that is<br>subject to a lien | $16,283.06 | $14,000.00 |
|---|---|---|---|

Creditor's mailing address
**Box 220564**

**2016 Fort Transit Van**

Describe the lien
**Agreement**

**Pittsburgh            PA    15257**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    **12/2017**

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number            **0   3   4   3**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.3**

| Creditor's name<br>**Ford Motor Credit** | Describe debtor's property that is<br>subject to a lien | $26,679.65 | $27,000.00 |
|---|---|---|---|

Creditor's mailing address
**Box 220564**

**2017 Ford E-Series**

Describe the lien
**Agreement**

**Pittsburgh            PA    15257**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    **6/2018**

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number            **6   0   7   0**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

**1) Ford Motor Credit; 2) Ford Motor Credit.**

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Blue Sky Events, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known) | **20-10683-KHK** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $20,117.89 | $3,025.00 |

**2.1**  Priority creditor's name and mailing address

**Adela Mahmutovic and Cezar Bagonton**

**211 Lake Club Ct.**

**Unit 205**

**Charlottesville        VA     22092**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $3,555.50 | $3,025.00 |

**2.2**  Priority creditor's name and mailing address

**Alina Czaplicki and Bryan King**

**1021 S. Barton St.**

**Unit 120**

**Arlington        VA     22204**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Blue Sky Events, LLC**                                              Case number (if known)   **20-10683-KHK**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**  **Priority amount**

---

**2.3**  Priority creditor's name and mailing address

**Amanda Olsen and Konnor Fulk**

**2409 Arlington Blvd.**

**Apt. 101**

**Arlington                VA      22201**

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __7__ )

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

**$20,911.30**     **$3,025.00**

---

**2.4**  Priority creditor's name and mailing address

**Chris Fagoli**

**1315 N. Ode St.**

**Apt 714**

**Arlington                VA      22209**

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __7__ )

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

**$933.32**     **$933.32**

---

**2.5**  Priority creditor's name and mailing address

**Courtney Nurre**

**5016 Stine Haven Dr.**

**Annandale                VA      22003**

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __7__ )

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

**$1,268.04**     **$1,268.04**

---

Debtor    **Blue Sky Events, LLC**                                          Case number (if known)  **20-10683-KHK**

---

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

### 2.6 Priority creditor's name and mailing address

**Internal Revenue Service**

**Box 7346**

**Philadelpia**      **PA**      **19101-7346**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**941 Taxes**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $66,810.00     **Priority amount** $63,026.00

### 2.7 Priority creditor's name and mailing address

**Janay Rickwalder**

**12277 Sherborne St.**

**Bristow**      **VA**      **20136**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **7** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Deposit for Services**

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,410.30     $2,410.30

### 2.8 Priority creditor's name and mailing address

**Kate Murphy**

**2009 N. 14th St.**

**Unit 616**

**Arlington**      **VA**      **22201**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **7** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Deposit for Services**

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,877.85     $3,025.00

---

Debtor    **Blue Sky Events, LLC**                                          Case number (if known)   **20-10683-KHK**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.9**    Priority creditor's name and mailing address                           As of the petition filing date, the                     **$3,179.46**     **$3,179.46**
**Kim Ellsworth-Evans**                                                           claim is: *Check all that apply.*

**7073 Glanaman Way**                                                             ☐ Contingent
                                                                                  ☐ Unliquidated
                                                                                  ☒ Disputed

**Warrenton**                          **VA**      **20186**                      Basis for the claim:
Date or dates debt was incurred                                                   **Deposit for Services**

                                                                                  Is the claim subject to offset?
Last 4 digits of account                                                          ☒ No
number       __ __ __ __                                                          ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __7__ )

**2.10**    Priority creditor's name and mailing address                          As of the petition filing date, the                     **$5,565.89**     **$3,025.00**
**Kim Mineo**                                                                     claim is: *Check all that apply.*

**10 Pine Creek La.**                                                             ☐ Contingent
                                                                                  ☐ Unliquidated
                                                                                  ☒ Disputed

**Houston**                            **TX**      **77055**                      Basis for the claim:
Date or dates debt was incurred                                                   **Deposit for Services**

                                                                                  Is the claim subject to offset?
Last 4 digits of account                                                          ☒ No
number       __ __ __ __                                                          ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __7__ )

**2.11**    Priority creditor's name and mailing address                          As of the petition filing date, the                     **$600.00**       **$600.00**
**Laura Poole**                                                                   claim is: *Check all that apply.*

**258 Spotted Tavern Rd.**                                                        ☐ Contingent
                                                                                  ☐ Unliquidated
                                                                                  ☒ Disputed

**Fredericksbrg**                      **VA**      **22406**                      Basis for the claim:
Date or dates debt was incurred                                                   **Deposit for Services**

                                                                                  Is the claim subject to offset?
Last 4 digits of account                                                          ☒ No
number       __ __ __ __                                                          ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __7__ )

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |
|---|---|---|---|

---

## Part 1: Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.12**   Priority creditor's name and mailing address

Lorna Bradley

191 Alpin Drive, SE

Leesburg                    VA        20175

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Deposit for Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: **$1,119.00**    Priority amount: **$1,119.00**

---

**2.13**   Priority creditor's name and mailing address

Marlene Free

9412 Abingdon Ct.

Manassas                    VA        20109

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Deposit for Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: **$5,948.99**    Priority amount: **$3,025.00**

---

**2.14**   Priority creditor's name and mailing address

Maureen Horan

9816 Picken Pl.

Manassas Park              VA        20111

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **7** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Deposit for Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: **$215.87**    Priority amount: **$215.87**

Debtor    **Blue Sky Events, LLC**                                  Case number (if known)   **20-10683-KHK**

---

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|--|----------------|---------------------|

**2.15**   Priority creditor's name and mailing address          **$9,756.79**   **$3,025.00**

**Megan Posey and Jordan Wiley**

**1662 Skyfield La., NW**

**Unit Q-101**

As of the petition filing date, the
claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Issaquail                    WA      98027**

Date or dates debt was incurred

Basis for the claim:

**Deposit for Services**

Last 4 digits of account
number      ___ ___ ___ ___

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **7**    )

---

**2.16**   Priority creditor's name and mailing address          **$1,878.22**   **$1,878.22**

**Melanie Corcoran**

**1000 Cordova Pl.**

**Unit 331**

As of the petition filing date, the
claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Santa Fe                    NM      87505**

Date or dates debt was incurred

Basis for the claim:

**Deposit for Services**

Last 4 digits of account
number      ___ ___ ___ ___

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **7**    )

---

**2.17**   Priority creditor's name and mailing address          **$8,091.27**   **$3,025.00**

**Morgan McMahill**

**8972 Appaloosa Ct.**

As of the petition filing date, the
claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Rancho Cucamonga          CA      91737**

Date or dates debt was incurred

Basis for the claim:

**Deposit for Services**

Last 4 digits of account
number      ___ ___ ___ ___

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **7**    )

---

Debtor    **Blue Sky Events, LLC**                                          Case number (if known)    **20-10683-KHK**

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.18**   Priority creditor's name and mailing address

**Natalie Dill**

**675 Hunter St.**

**Burnsville**                    **NC**    **28714**

Date or dates debt was incurred

Last 4 digits of account
number        __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **7**   )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Deposit for Services**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**   $843.05      **Priority amount**   $843.05

---

**2.19**   Priority creditor's name and mailing address

**Pat Collet**

**8966 Bella Verde Ct.**

**Myrtle Beach**                **SC**    **29579**

Date or dates debt was incurred

Last 4 digits of account
number        __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **7**   )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Deposit for Services**

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,098.75      $2,098.75

---

**2.20**   Priority creditor's name and mailing address

**Patrik Dyberg**

**23334 Wildwood La.**

**Middleburg**                  **VA**    **20188**

Date or dates debt was incurred

Last 4 digits of account
number        __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **7**   )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Deposit for Services**

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,453.50      $2,453.50

---

Debtor    **Blue Sky Events, LLC**                                    Case number (if known)   **20-10683-KHK**

---

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|--|--|----------------|---------------------|

**2.21**   Priority creditor's name and mailing address

**Stacy Deluke Prince**

**23318 Foxcroft Rd.**

**Middleburg**                **VA**      **20188**

Date or dates debt was incurred

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __7__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,214.55**          **$2,214.55**

---

**2.22**   Priority creditor's name and mailing address

**Stephanie Paul  and Dustin Knight**

**11300 Fair Wind Way**

**Reston**                    **VA**      **20190**

Date or dates debt was incurred

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __7__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,756.82**          **$3,025.00**

---

**2.23**   Priority creditor's name and mailing address

**Tori Selfe and Justin Montgomery**

**223 Brittany Farms Rd.**

**Unit D**

**New Britain**               **CT**      **06053**

Date or dates debt was incurred

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __7__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,318.74**          **$3,025.00**

---

Debtor    **Blue Sky Events, LLC**

Case number (if known)  **20-10683-KHK**

| Part 1: | Additional Page |
|---|---|

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Total claim          Priority amount

**2.24**  Priority creditor's name and mailing address

**Virginia Department of Taxation**

**Box 1880**

As of the petition filing date, the claim is: *Check all that apply.*

$547,918.00          $238,410.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Richmond**                **VA**    **23218**

**Date or dates debt was incurred**

Basis for the claim:

**Sales Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

Debtor    **Blue Sky Events, LLC**                                    Case number (if known)    **20-10683-KHK**

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141,825.68** |
|---|---|---|

**2400 Building LLC**

**c/o Odin Feldman Pittleman**

**1775 Wiehle Ave., Suite 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Reston**                 VA      **20190**

**Basis for the claim:**   **Rent**

Date or dates debt was incurred      **03/2018**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number      __ __ __ __
☐ Yes

---

| 3.2   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|

**2400 Building LLC**

**c/o Odin Feldman Pittleman**

**1775 Wiehle Ave., Suite 400**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Reston**                 VA      **20190**

**Basis for the claim:**   **Build-out Loan**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number      __ __ __ __
☐ Yes

---

| 3.3   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657.02** |
|---|---|---|

**ACRS-ASOA**

**Attn:  Pura Valdez**

**4000 Legato Rd., Unit 700**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Fairfax**                VA      **22033**

**Basis for the claim:**   **Deposit for Services**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number      __ __ __ __
☐ Yes

---

| 3.4   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |
|---|---|---|

**Almost Heaven/Culligan Water**

**14601 Colonel Ct.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Manassas**               VA      **20110**

**Basis for the claim:**   **Services Rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number      __ __ __ __
☐ Yes

---

Debtor    **Blue Sky Events, LLC**                                    Case number (if known)    **20-10683-KHK**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.5** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$83.71

**Black Horse Inn**

**8393 Meetz Rd.**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Warrenton**                    **VA**    **20187**

**Deposit for Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.6** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$1,119.00

**Blaze Broadband**

**6670 Whiskey Bottom Rd.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Laurel**                    **MD**    **20733**

**Services Rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.7** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$1,277.54

**Boy Scouts of America - NCAC**

**Attn:  Jenna Welle**

**9190 Rockville Pike**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Bethesda**                    **MD**    **20184**

**Deposit for Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.8** | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$18,057.00

**Capital One**

**Exception Department**

**2012 Corporate la., Suite 108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Naperville**                    **IL**    **60563**

**Credit**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,200.00 |

Check all that apply.

**Capital Restaurant Resources, LLC**

**707 8th St., SE**

**Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

| **Washington** | **DC** | **20003** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,231.00 |

Check all that apply.

**Coastal Sunbelt Produce**

**9001 Whiskey Bottom Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

| **Laurel** | **MD** | **20733** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,875.00 |

Check all that apply.

**COS Events Management LLC**

**Box 239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

| **Rockville** | **MD** | **20848** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,884.17 |

Check all that apply.

**Demolition Services, Inc.**

**Attn:  Melissa Feather**

**16377 Bennet Rd.**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

| **Culpepper** | **VA** | **22701** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor    **Blue Sky Events, LLC**                                    Case number (if known)    **20-10683-KHK**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,980.00** |

Check all that apply.

**Don & Co.**

**2562 Paysphere Cir.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Chicago**                    IL        60674        **Equipment**

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**  ___ ___ ___ ___      ☑ No
                                                         ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,447.50** |

Check all that apply.

**Fauquier County Public Library**

**Attn:  Terri Garoznik**

**11 Winchester St.**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Warrenton**                  VA        20186        **Deposit for Services**

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**  ___ ___ ___ ___      ☑ No
                                                         ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,060.00** |

Check all that apply.

**Firm 70, LLC**

**2833 Spy Glass Dr.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Chaska**                     MN        55318        **Consulting Services**

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**  ___ ___ ___ ___      ☑ No
                                                         ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,330.00** |

Check all that apply.

**Fund So Fast Recovery**

**122 E. 42nd St.**

**Suite 2112**

**New York, N 10168**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Loan**

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**  ___ ___ ___ ___      ☑ No
                                                         ☐ Yes

Debtor    **Blue Sky Events, LLC**                                Case number (if known)    **20-10683-KHK**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.17 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Fundbox**

**300 Montgomery St.**

**San Francisco**              **CA**    **94104**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$45,383.00**

---

| 3.18 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**George Mason University**

**4400 University Dr.**

**MS 4C1**

**Fairfax**              **VA**    **22030**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services Rendered**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,300.00**

---

| 3.19 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**International Gourmet Foods**

**7529 Fullerton Rd.**

**Springfield**              **VA**    **22153**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplies**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$2,989.00**

---

| 3.20 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**John Velesz**

**9131 Panther Falls Way**

**Bristow**              **VA**    **20136**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$53,843.00**

---

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24,590.00** |
|---|---|---|---|

**Leonard Paper Company**

**725 N. Haven St.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Baltimore** | **MD** | **21205** |

Basis for the claim: **Supplies**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,070.00** |
|---|---|---|---|

**Magnolia Plumbing**

**600 Gallatin St., NE**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Washington** | **DC** | **20017** |

Basis for the claim: **Services Rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Metropolitan Restaurant Brokers LLC**

**13701 Stonedale Ct.**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

| **Clifton** | **VA** | **20124** |

Basis for the claim: **Brokerage Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,112.93** |
|---|---|---|---|

**NV Commercial, Inc.**

**Attn:  Nicole PAssmore**

**8230 Leesburg Pike, Suite 620**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| **Vienna** | **VA** | **22182** |

Basis for the claim: **Deposit for Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **Blue Sky Events, LLC**                    Case number (if known)    **20-10683-KHK**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

**PAYCHEX**

**4015 Meeting Way**

**Suite 110**

**High Point**          **NC**    **27226**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

**Performance Food Group**

**1333 Avondale Rd.**

**New Windsor**          **MD**    **21776**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,500.00**

---

| 3.27 | Nonpriority creditor's name and mailing address |
|---|---|

**Smart Beginnings of Greater Prince Willi**

**Attn: Dawn Davis**

**Box 389**

**Manassas**          **VA**    **20108**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,161.00**

---

| 3.28 | Nonpriority creditor's name and mailing address |
|---|---|

**The Hartford**

**Box 660916**

**Dallas, TZX 75266**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Insurance Premiums/Charges**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,500.00**

---

Debtor    **Blue Sky Events, LLC**                                      Case number (if known)   **20-10683-KHK**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

| 3.29 | Nonpriority creditor's name and mailing address |

**TOAST Capital**

**401 Park St.**

**Suite 801**

**Boston**                    **MA**    **02215**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,905.00**

---

| 3.30 | Nonpriority creditor's name and mailing address |

**US Food Service**

**1994 Livingston Rd.**

**Manassas**                  **VA**    **20109**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,134.00**

---

| 3.31 | Nonpriority creditor's name and mailing address |

**USA Produce & Seafood**

**1152 Martinsburg Pike**

**Winchester**                **VA**    **22603**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,033.00**

---

| 3.32 | Nonpriority creditor's name and mailing address |

**Virginia Systems & Technology**

**Attn:  Jamie Rich**

**6801 Kennedy Rd., Suite 301**

**Vint Hill**                 **VA**    **20187**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,545.41**

---

Debtor    **Blue Sky Events, LLC**                          Case number (if known)   **20-10683-KHK**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.33**  Nonpriority creditor's name and mailing address

**Vulcan Materials**

**Attn:  Beth Moore**

**5485 Afton La.**

**Warrenton**          VA    **20186**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,556.27

**3.34**  Nonpriority creditor's name and mailing address

**Washington Lamb**

**7963 Conell Ct.**

**Lorton**          VA    **22079**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,639.00

**3.35**  Nonpriority creditor's name and mailing address

**Wetland Studies & Solutions, Inc.**

**Attn:  Susanna Headly**

**5300 Wellington Branch Dr., #100**

**Gainesville**          VA    **20155**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Deposit for Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$427.42

Debtor    **Blue Sky Events, LLC**                                    Case number (if known) __20-10683-KHK__

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. ___$742,843.10___ |
| 5b. | **Total claims from Part 2** | 5b. **+** ___$433,106.65___ |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$1,175,949.75** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Blue Sky Events, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known) | **20-10683-KHK**    Chapter    **11** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.    List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Operting Lease Contract to be ASSUMED | 2400 Building LLC |
|---|---|---|---|
| | | | 7138 Farm Station Rd. |
| | State the term remaining | 96 Months | |
| | List the contract number of any government contract | | Vint Hill            VA        20187 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Contract to be ASSUMED | Easy Ice |
|---|---|---|---|
| | | | 925 W. Washington St. |
| | | | Suite 100 |
| | State the term remaining | At-Will | |
| | List the contract number of any government contract | | Marquette            WI        49855 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease Contract to be ASSUMED | Performance Food Service |
|---|---|---|---|
| | | | 1333 Avondale Rd. |
| | State the term remaining | 24 Months | |
| | List the contract number of any government contract | | New Windsor          MD        21776 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Blue Sky Events, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known) | **20-10683-KHK** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  Karen Baker | 7146 Farm Station Rd.<br>Number    Street<br><br>Vint Hill    VA    20187<br>City    State    ZIP Code | CarMax | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  Karen Baker | 7146 Farm Station Rd.<br>Number    Street<br><br>Vint Hill    VA    20187<br>City    State    ZIP Code | Ford Motor Credit | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  Karen Baker | 7146 Farm Station Dr.<br>Number    Street<br><br>Vint Hill    VA    20187<br>City    State    ZIP Code | Virginia Department of Taxation | ☐ D<br>☑ E/F<br>☐ G |
| 2.4  Karen Baker | 7146 Farm Station Dr.<br>Number    Street<br><br>Vint Hill    VA    20187<br>City    State    ZIP Code | Internal Revenue Service | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Blue Sky Events, LLC**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF VIRGINIA**

Case number (if known):  **20-10683-KHK**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B.............................................................................. | $0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B........................................................................ | $93,684.28 |
| 1c. **Total of all property** Copy line 92 from Schedule A/B.......................................................................... | $93,684.28 |

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................   **$58,622.08**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | $742,843.10 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | + $433,106.65 |

4.  **Total liabilities**
    Lines 2 + 3a + 3b....................................................................................................   **$1,234,571.83**

**Fill in this information to identify the case and this filing:**

| | |
|---|---|
| Debtor Name | **Blue Sky Events, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known) | **20-10683-KHK** |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/17/2020**          X **/s/ Karen Baker** _____
       MM / DD / YYYY          Signature of individual signing on behalf of debtor

                           **Karen Baker** _____
                           Printed name

                           **Manager** _____
                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Blue Sky Events, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number
(if known)  **20-10683-KHK**

☐ Check if this is an
  amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year,
which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions
and exclusions

| | | | | | |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2020**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$208,657.00** |
| **For prior year:** | From **01/01/2019**<br>MM / DD / YYYY | to | **12/31/2019**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,840,062.00** |
| **For the year before that:** | From **01/01/2018**<br>MM / DD / YYYY | to | **12/31/2018**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,776,510.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☐ None

**Description of sources of revenue**

**Gross revenue
from each source**
(before deductions
and exclusions

| | | | | | |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2020**<br>MM / DD / YYYY | to | Filing date | _____ | _____ |
| **For prior year:** | From **01/01/2019**<br>MM / DD / YYYY | to | **12/31/2019**<br>MM / DD / YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2018**<br>MM / DD / YYYY | to | **12/31/2018**<br>MM / DD / YYYY | **Relocation Income** | **$271,886.00** |

Debtor   **Blue Sky Events, LLC**                                 Case number (if known)  **20-10683-KHK**
Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Costal Sunbelt Produce**<br>Creditor's name<br>**9001 Whiskey Bottom Dr.**<br>Street<br><br>**Laurel**          **MD**     **20733**<br>City                State    ZIP Code | | **$15,605.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | **Performance Food Group**<br>Creditor's name<br>**1333 Avondale Rd.**<br>Street<br><br>**New Windsor**      **MD**     **21776**<br>City                State    ZIP Code | | **$11,575.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. | **US Food Service**<br>Creditor's name<br>**11994 Linvingston Rd.**<br>Street<br><br>**Manassas**         **VA**     **20109**<br>City                State    ZIP Code | | **$16,308.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

---

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |
|---|---|---|---|
| | Name | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Blue Sky Events LLC** | **Premises Padlock** | **Virginia Department of Taxation** | ☐ Pending |
| | | Name | |
| | | **11150 Fairfax Blvd.** | ☐ On appeal |
| | | Street | |
| | | **Suite 300** | ☑ Concluded |
| **Case number** | | | |
| **VR 630-1-11805.1** | | **Fairfax**　　　　**VA**　　**22030** | |
| | | City　　　　　　　State　　ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |
|---|---|---|---|
| | Name | | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **John P. Forest, II** | | **March 3, 2020** | **$2,500.00** |

**Address**

**11350 Random Hills Rd.**
Street
**Suite 700**

**Fairfax**                    **VA**      **22030**
City                              State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**Karen Baker**

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | **4171 Bludau Rd.** | From **April 2017** | To **April 2018** |
| | Street | | |
| | **Vint Hill**          **VA**      **20187** | | |
| | City                      State    ZIP Code | | |

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |
|---|---|---|---|
| | Name | | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **The Fauquier Bank**<br>Name<br>**Box 561**<br>Street<br>_____<br>**Warrenton        VA    20186**<br>City              State  ZIP Code | **XXXX- 3  7  7  1** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **January 2020** | **$1,397.40** |

| Debtor | Blue Sky Events, LLC | Case number (if known)  **20-10683-KHK** |
|---|---|---|
| | Name | |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.2.   **The Fauquier Bank**
          Name

          **Box 561**                                    XXXX- **3   6   7   1**     ☑ Checking          **January 2020**       **$4,220.00**
          Street                                                                      ☐ Savings
                                                                                      ☐ Money market
                                                                                      ☐ Brokerage
          **Warrenton            VA    20186**                                        ☐ Other _____
          City                   State  ZIP Code

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
       Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |
|---|---|---|---|
| | Name | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.1. | **Paulita Remirez** | | From | **2017** | To | **2018** |
| | Name | | | | |
| | **4372 Pierpoint La.** | | | | |
| | Street | | | | |
| | | | | | |
| | **The Plains** | **VA** | **20198** | | |
| | City | State | ZIP Code | | |

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.2. | **Anne McGregor** | | From | **2018** | To | **2019** |
| | Name | | | | |
| | **329 Amber Cir.** | | | | |
| | Street | | | | |
| | | | | | |
| | **Warrenton** | **VA** | **20186** | | |
| | City | State | ZIP Code | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26b.1. | **James Nazarday** | | From | **2018** | To | **2020** |
| | Name | | | | |
| | **13902 Shadow Fox Ct.** | | | | |
| | Street | | | | |
| | | | | | |
| | **Gainesville** | **VA** | **20155** | | |
| | City | State | ZIP Code | | |

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26b.2. | **John Eckenrode** | | From | **2019** | To | **2020** |
| | Name | | | | |
| | **Box 861665** | | | | |
| | Street | | | | |
| | | | | | |
| | **Vint Hill** | **VA** | **20187** | | |
| | City | State | ZIP Code | | |

| Debtor | Blue Sky Events, LLC | Case number (if known) | 20-10683-KHK |
|--------|----------------------|------------------------|--------------|
| | Name | | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                    **If any books of account and records are unavailable, explain why**

26c.1.  **Karen Baker**
Name
**7146 Farm Station Rd.**
Street

| **Vint Hill** | **VA** | **20187** |
|---------------|--------|-----------|
| City | State | ZIP Code |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Listeing Post LLC**
Name
**7138 Farm Station Rd.**
Street

| **Vint Hill** | **VA** | **20187** |
|---------------|--------|-----------|
| City | State | ZIP Code |

**Name and address**

26d.2.  **Metropolitan Restaurant Brokers**
Name
**13701 Stonedale Ct.**
Street

| **Clifton** | **VA** | **20124** |
|-------------|--------|-----------|
| City | State | ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes.  Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| **Karen Baker** | **12/2019** | **$20,000.00 / Liquidation** |

**Name and address of the person who has possession of inventory records**

27.1.  **Karen Baker**
Name
**7146 Farm Station Rd.**
Street

| **Vint Hill** | **VA** | **20187** |
|---------------|--------|-----------|
| City | State | ZIP Code |

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |
|---|---|---|---|
| | Name | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Karen Baker** | **7146 Farm Station Dr.** **Vint Hill, VA 20187** | **Member** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Karen Baker** <br> Name <br> **7146 Farm Station Dr.** <br> Street <br><br> **Vint Hill        VA    20187** <br> City            State   ZIP Code <br><br> Relationship to debtor <br> **Member** | **$40,000.00** | **2019** | **Salary** |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Debtor | **Blue Sky Events, LLC** | Case number (if known) | **20-10683-KHK** |
|---|---|---|---|
| | Name | | |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/17/2020**
  MM / DD / YYYY

**X** **/s/ Karen Baker**                                            Printed name   **Karen Baker**
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor  **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes