**United States Bankruptcy Court**
**Eastern District of Virginia**
**Alexandria Division**

In re:

**Blue Sky Events, LLC**                    Case No. 20-10683-KHK

    **Debtor.**                              Chapter 11

                                       Hearing:  June 9, 2020, 11:00 am
                                                         Courtroom I, 2nd Floor

## Objection to the Sale of Assets by Debtor

    Comes Now, John P. Fitzgerald, III, Acting United States Trustee for Region 4, and files this objection to the Debtor's Motion to Sell Assets Free and Clear of Liens, Claims, Interests, Or Encumbrances, docket no. 68.

    The Debtor proposes to sell all its tangible assets, furniture, equipment, supplies and inventory at an auction to be conducted by the Court.  The sale should not approve the sale.

    The Debtor is no longer operating.

    The proposed sale will generate little, if any, money for the unsecured creditors.

    The Debtor's machinery, equipment, and vehicles are valued at $77,150.  This amount includes five vehicles with liens. Creditors who have claims secured by

John P. Fitzgerald, III
Acting United States Trustee
For Region 4
1725 Duke Street, Suite 650
Jack Frankel, Attorney
Alexandria, VA 22314
(703) 557-7176

property to be sold total $58,622.  Assuming 10% in costs and expenses for selling the property, very little will be left for the unsecured creditors.

It is well-settled that property with little or no equity and no value to the on-going business of the Debtor should be abandoned.

Finally, there is a good faith requirement for all chapter 11 debtors.  No monthly reports have been filed in this case. This failure evidences a lack of good faith.  Not filing monthly reports undermines creditor confidence in the Debtor's ability (or willingness) to adhere to the reporting requirements for a sale of estate property.

The motion also does not set forth the identity of all lien holders.

May 20, 2020                    JOHN P. FITZGERALD, III
                                ACTING UNITED STATES TRUSTEE
                                FOR REGION 4

                                /s/  Jack Frankel
                                Jack Frankel, Attorney
                                Office of United States Trustee
                                1725 Duke Street, Suite 650
                                Alexandria, VA 22314
                                (703) 557-7229

**Certificate of Service**

I hereby certify that on the 20th day of May, 2020, I e-mailed a true copy of this objection to john@forestlawfirm.com.

                                /s/  Jack Frankel